## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 3:25-CR-957 (LS)** |
| | § | |
| **v.** | § | |
| | § | |
| **CAPSULCN INTERNATIONAL** | § | |
| **CO., LTD.,** | § | |
| | § | |
| **Defendant.** | § | |

### DECLARATION OF SPECIAL AGENT KATHY J. MCGLONE

I, Kathy J. McGlone, declare as follows:

1.    I am a Special Agent with the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been since July 2009. I make this declaration in support of the government's Motion for Certification of Facts and Issuance of an Order to Show Cause against defendant CAPSULCN INTERNATIONAL CO., LTD. ("CAPSULCN") in *United States v. CapsulCN International Co., Ltd.*, et al., 3:25-CR-957 (LS).

2.    CAPSULCN was indicted on April 23, 2025, for smuggling and conspiracy to smuggle in violation of 18 U.S.C. §§ 371 and 545; conspiracy and substantive violations of the Controlled Substances Act in violation of 21 U.S.C. §§ 843(a)(5), 843(a)(7), 843(b), and 846; and conspiracy to commit international promotional money laundering, along with substantive money laundering violations

in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 1956(h). The Indictment was unsealed on May 12, 2025.

    3.    Based on my review of documents, I understand that the U.S. Department of Justice issued a press release regarding the Indictment on May 12, 2025, and that there was media coverage following the unsealing of the Indictment.

    a.  A true and correct copy of the press release issued by the U.S. Department of Justice is attached as **Exhibit 1.**

    b.  A true and correct copy of various publications regarding the unsealed Indictment are attached as **Exhibit 2.**

    4.    On May 6, 2025, the Honorable Miguel A. Torres issued a dual criminal and civil seizure warrant for the "capsulcn.com," "ipharmachine.com," "huadapharma.com" and "pillmold.com" domains pursuant to Title 18, United States Code, Sections 981(b) and 982(b), and Title 21, United States Code, Section 853(f) as part of case number: EP: 25-M-2212-MAT.

    5.    On May 7, 2025, the seizure warrant for the "capsulcn.com," "ipharmachine.com," "huadapharma.com" and "pillmold.com" domains were served on Verisign, Inc. which was the premises who controlled the domains. At the direction of federal law enforcement, the seizure was effectuated on May 12, 2025. As a result, the "capsulcn.com," "ipharmachine.com," "huadapharma.com," and "pillmold.com" domains are no longer operational.

    6.    On October 3, 2025, I reviewed a letter prepared by the U.S. Department of Justice, Office of International Affairs to the People's Republic of China Central

Authority which was dated May 28, 2025. The letter contained a request pursuant to the Agreement between the Government of the United States of America and the Government of the People's Republic of China on Mutual Legal Assistance in Criminal Matters, which entered into force on March 8, 2001. The request sought service of the Summons for appearance on September 5, 2025, at 3:30 pm which was issued by the U.S. District Court for the Western District of Texas on May 21, 2025, and was docketed in this case in Docket Entry No. 33. The letter contained copies of both the Summons and Indictment in this case. The letter, Summons, and Indictment were further translated into the Chinese language. On June 20, 2025, the U.S. Department of Justice, Office of International Affairs confirmed in writing that this letter and enclosures were transmitted to the People's Republic of China Central Authority on June 17, 2025.

7.     On August 28, 2025, the People's Republic of China Central Authority transmitted a letter to the U.S. Department of Justice, Office of International Affairs. A true and correct copy of the letter received from the People's Republic of China Central Authority and a copy of the certified translation is attached as **Exhibit 3.**

8.     On April 14, 2025, CAPSULCN electronically filed a form "AD01" with the United Kingdom Companies House to document CAPSULCN's "Change of Registered Office Address" CAPSULCN reported its "New Address" as "37 CROYDON ROAD BECKENHAM UNITED KINGDOM BR3 4AB." The electronically filed AD01 form affirmed that CAPSULCN "confirms that the new registered office address is an appropriate address as outlined in section 86(2) of the

Companies Act 2006." The electronically filed form AD01 was identified as "Authenticated" and affirmed that, "[t]his form was authorised by one of the following: Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor." A true and correct copy of the form AD10 which was downloaded from the United Kingdom Companies House web domain is attached as **Exhibit 4.**

9.    On August 13, 2025, I mailed the Summons (for CAPSULCN's arraignment on September 5, 2025, at 3:30 pm, which was issued by the U.S. District Court for the Western District of Texas on May 21, 2025, and was docketed in this case in Docket Entry No. 33) via FedEx to CAPSULCN's "New Address" identified in **Exhibit 4** which was located at 37 CROYDON ROAD BECKENHAM UNITED KINGDOM BR3 4AB. The FedEx tracking number associated with the mailing of the Summons was "392093216571." On August 15, 2025, I received notification that the summons was delivered to 37 CROYDON ROAD BECKENHAM UNITED KINGDOM BR3 4AB. A true and correct copy of the commercial invoice as well as the FedEx tracking data for tracking number 392093216571 which was downloaded from FedEx's web domain is attached as **Exhibit 5**.

10.    During the course of my investigation into CAPSULCN, I reviewed records of customs seizures associated with CAPSULCN and entities operating under CAPSULCN. During my review of those records, I learned that the address, " 51 Kaifayi Road Economic Development Zone, Ruian, Zhejiang, 35200, China" was

associated over 200 seizures of illicit pharmaceutical equipment involving CAPSULCN and its associated entities.

11.    On August 13, 2025, I mailed the summons (for CAPSULCN's arraignment on September 5, 2025, at 3:30 pm, which was issued by the U.S. District Court for the Western District of Texas on May 21, 2025, and was docketed in this case in Docket Entry No. 33) via FedEx to the physical address at 51 Kaifayi Economy Development Zone Ruian 3252500 China. The FedEx tracking number associated with the mailing of the Summons was "392092874460." On August 19, 2025, I received notification that the "Delivery was refused by the recipient." A true and correct copy of the commercial invoice as well as the FedEx tracking data for tracking number 392092874460 which was downloaded from FedEx's web domain is attached as **Exhibit 6**.

12.    On August 20, 2025, the United States received a letter via email from ███████████████ partner ██████████████. A true and correct copy of the letter received from ██████████████ is attached as **Exhibit 7**.

13.    On August 25, 2025, the United States sent a response letter to ███ ██████████ via email. Enclosed with the response letter was a copy of the Summons (for CAPSULCN's arraignment on September 5, 2025, at 3:30 pm, which was issued by the U.S. District Court for the Western District of Texas on May 21, 2025, and was docketed in this case in Docket Entry No. 33)  A true and correct copy of the letter and Summons delivered to ██████████████ is attached as **Exhibit 8**.

14.     On August 25, 2025, the United States received a letter via email from ███████████████ partner ███████████. A true and correct copy of the letter received from ██████████ is attached as **Exhibit 9**.

15.     On August 22, 2025, I mailed the Summons (for CAPSULCN's arraignment on September 5, 2025, at 3:30 pm, which was issued by the U.S. District Court for the Western District of Texas on May 21, 2025, and was docketed in this case in Docket Entry No. 33) via FedEx to ██████████ at his address identified in **Exhibit 7**. The FedEx tracking number associated with the mailing of the Summons was "818292155970." On August 26, 2025, I received notification that the summons was delivered to the address identified in **Exhibit 7**. A true and correct copy of the invoice as well as the FedEx tracking data for tracking number 818292155970 which was downloaded from FedEx's web domain is attached as **Exhibit 10**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in El Paso, Texas on October 3, 2025.

*Kathy McGlone*
Kathy J. McGlone
Special Agent
U.S. Homeland Security Investigations

# EXHIBIT

# 1

9/16/25, 12:55 PM    Office of Public Affairs | Chinese Company and Three Chinese Nationals Indicted for Unlawfully Importing Pill-Making Equipment Used to Manufacture Controlled Substances | Unite…

Case 3:25-cr-00957-LS    Document 37-1    Filed 10/06/25    Page 8 of 51



**Office of Public Affairs**
U.S. Department of Justice

**PRESS RELEASE**

# Chinese Company and Three Chinese Nationals Indicted for Unlawfully Importing Pill-Making Equipment Used to Manufacture Controlled Substances

Monday, May 12, 2025

| **For Immediate Release** |
| Office of Public Affairs |

A federal grand jury returned a 21-count indictment against a Chinese company and three Chinese nationals for their alleged role in the illegal importation of pill-making equipment, the Department of Justice announced.

According to an indictment returned April 23 and unsealed today, CapsulCN International Co. Ltd. (CapsulCN) and Xiochuan "Ricky" Pan, 40, Tingyan "Monica" Yang, 37, and Xi "Inna" Chen, 30, all of the People's Republic of China, were charged with smuggling, Controlled Substances Act, and money laundering offenses in connection with CapsulCN's unlawful import and distribution of tableting machines (also known as "pill presses"), encapsulating machines, and counterfeit die molds capable of producing millions of potentially lethal fake pills. The indictment also charges Pan, CapsulCN's principal officer and a shareholder, with leading a continuing criminal enterprise. Additionally, four internet domains used by CapsulCN to market and sell illicit pill-making equipment to U.S. customers were seized today in connection with this investigation.

"This indictment and today's domain seizures send an unmistakable message to criminals in the People's Republic of China and across the world — the Department will use every weapon in its arsenal to combat those who facilitate the manufacture and

9/16/25, 12:55 PM    Office of Public Affairs | Chinese Company and Three Chinese Nationals Indicted for Unlawfully Importing Pill-Making Equipment Used to Manufacture Controlled Substances | Unite…

Case 3:25-cr-00957-LS    Document 27-1    Filed 10/06/25    Page 9 of 51

distribution of deadly drugs in the United States," said Deputy Attorney General Todd Blanche.

"This U.S. Attorney's Office is focused on bringing the full force of justice to anyone who conspires to poison our communities with fentanyl," said Acting U.S. Attorney Margaret Leachman for the Western District of Texas. "Whether through the importation of pill presses and related materials, as alleged in this indictment, or through trafficking precursor chemicals and the drug itself, it is evident that bad actors are determined to harm Americans with fentanyl. Our federal prosecutors, through collaborative efforts with our law enforcement partners, are determined to stop them."

"These indictments against Chinese nationals exemplify Homeland Security Investigations' unwavering commitment to breaking every link of the global fentanyl supply chain," said Special Agent in Charge Jason T. Stevens of the HSI El Paso Division. "We are committed to continue working hand-in-hand with our domestic and international law enforcement partners to get deadly fentanyl out of our communities and put an end to the chaos and devastation resulting from this epidemic."

Many of the fake pills containing fentanyl and other controlled substances seized in the United States are manufactured using relatively inexpensive pill-making equipment — such as pill presses, encapsulating machines, and die molds — obtained from Chinese pharmaceutical equipment companies and imported into the United States. These fake pills often mimic the look, feel, and effect of legitimate pharmaceutical drugs and are particularly dangerous and misleading to U.S. consumers, who may falsely believe they are taking legitimate prescription medication that is safer and less addictive than the fentanyl and methamphetamine the pills really contain.

According to court documents, between December 2011 and April 2025, Pan led CapsulCN, which advertised and sold pill-making equipment to U.S. customers on websites, popular e-commerce platforms, and various social media accounts. CapsulCN marketed and catered to customers seeking to make counterfeit pills that mimicked the look and effect of prescription drugs. In 2020, Pan and Yang created a new brand, "PillMolds," to advertise, sell, and promote counterfeit die molds to the United States. Although the PillMolds brand was part of CapsulCN, thereafter, CapsulCN ceased marketing and selling die molds via its www.capsulcn.com website and instead did so using the website www.pillmold.com. Today, HSI seized both of these websites, along with two others (www.ipharmachine.com and huadapharma.com) that CapsulCN used to facilitate its unlawful sales and imports of pill-making equipment.

The indictment alleges that, between December 2011 and April 2025, CapsulCN imported and distributed pill presses and encapsulating machines to customers in the United States, knowing or having reason to believe that those items would be used to manufacture controlled substances. CapsulCN also distributed counterfeit die molds, which can be used to compress inactive and active ingredients into pills that mimic the shape and imprinted markings of legitimate pharmaceutical drugs such as oxycodone, dextroamphetamine, hydrocodone, amphetamine, and alprazolam. Drug traffickers often replace these active ingredients in the legitimate pharmaceutical drugs with other controlled substances such as fentanyl and methamphetamine.

The indictment alleges that CapsulCN concealed the nature and purpose of the pill presses, encapsulating machines, and die molds from U.S. customs officials and law enforcement by using deceptive packaging and false manifests that undervalued and misidentified the contents. Some customers sought to avoid mandatory requirements to report the import and distribution of pill

presses and encapsulating machines to the U.S. Drug Enforcement Administration (DEA). CapsulCN also allegedly helped conceal the nature of its shipments avoid detection by disassembling the machines and shipping the parts in separate packages, again with false manifests. CapsulCN employees then would direct customers to social media accounts maintained by CapsulCN that contained videos instructing customers on how to reassemble the machines once in the United States.

According to court documents, Yang, Chen, and other CapsulCN sales representatives communicated extensively with potential customers in the United States over company emails and encrypted electronic messaging applications. In these communications with customers, Yang, Chen, and others agreed to smuggle pill-making equipment to U.S. customers and assisted customers in selecting die molds that best replicated identified pharmaceutical drugs. Yang, Chen, and other CapsulCN sales representatives also exchanged electronic messages and emails negotiating payment for CapsulCN products that were smuggled into the United States and imported and distributed for use in manufacturing controlled substances. CapsulCN maintained bank accounts in the People's Republic of China and accounts with online payment services to facilitate the transfer of funds from the United States to China in furtherance of CapsulCN's criminal activities.

The HSI El Paso Field Office investigated the case with assistance from Customs and Border Protection, IRS Criminal Investigation's El Paso Office, and the U.S. Postal Inspection Service.

Trial Attorneys Colin W. Trundle, Cadesby Cooper, Kaitlin Sahni, Edward E. Emokpae, Scott B. Dahlquist, Assistant Director Katharine A. Wagner, Deputy Director of Criminal Litigation A.J. Nardozzi, and Director Amanda Liskamm of the Department of Justice's Consumer Protection Branch, and Assistant U.S. Attorneys Laura Gregory and Donna Miller and OCDETF Chief Steven Spitzer of the U.S. Attorney's Office for the Western District of Texas are handling the case.

This effort is part of an Organized Crime Drug Enforcement Task Forces (OCDETF) operation. OCDETF identifies, disrupts, and dismantles the highest-level criminal organizations that threaten the United States, using a prosecutor-led, intelligence-driven, multi-agency approach. Additional information about the OCDETF Program can be found at www.justice.gov/OCDETF.

*An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*

*Updated June 23, 2025*

---

### Topic

> **OPIOIDS**

### Components

# EXHIBIT

# *2*



**DAILY WIRE +**



WATCH HERE

N E W S

# Chinese Company Accused Of Smuggling Equipment To U.S. Used To Make Fake Pills, Mislead Americans

**"It is evident that bad actors are determined to harm Americans with fentanyl."**

**By Hank Berrien**

May 13, 2025   DailyWire.com

      **71  Comments**

Nogales, Arizona, USA - Nov 06 2023: Fentanyl pills seized by U.S. Custom and Border Protection officers at the Port of Mariposa

The Trump administration's Department of Justice has <u>announced</u> that a federal grand jury indicted a Chinese company and three Chinese nationals for allegedly illegally importing equipment capable of producing millions of potentially lethal fake pills.

**Read After**

'Do You Believe in Miracles?': Trump Set To Honor 1980 Olympi...

The indictment, unsealed on Monday, targeted CapsulCN International
Co. Ltd. (CapsulCN) and Xiochuan "Ricky" Pan, 40, Tingyan "Monica"
Yong, 37, and Yi "Inno" Chen, 30, all of whom were charged with

**DAILY WIRE** 

### 7 free articles remaining

Create a free account to read and comment on unlimited articles.

**Create Free Account**

Already a member? Log in

"Over a quarter of a million Americans have died from a fentanyl overdose
since 2018," USA Facts notes. "During 2023, approximately 72,000, or
nearly seven in 10, drug overdose deaths in the United States were
estimated to involve illegally manufactured fentanyls (IMFs)," the CDC has
reported.

"Four internet domains used by CapsulCN to market and sell illicit pill-
making equipment to U.S. customers were seized today in connection
with this investigation," the DOJ revealed.

"This indictment and today's domain seizures send an unmistakable
message to criminals in the People's Republic of China and across the
world — the Department will use every weapon in its arsenal to combat
those who facilitate the manufacture and distribution of deadly drugs in
the United States," Deputy Attorney General Todd Blanche stated.

"This U.S. Attorney's Office is focused on bringing the full force of justice
to anyone who conspires to poison our communities with fentanyl," said
Acting U.S. Attorney Margaret Leachman for the Western District of
Texas. "Whether through the importation of pill presses and related
materials, as alleged in this indictment, or through trafficking precursor
chemicals and the drug itself, it is evident that bad actors are determined
to harm Americans with fentanyl. Our federal prosecutors, through
collaborative efforts with our law enforcement partners, are determined
to stop them."

**Read After**
'Do You Believe in Miracles?': Trump Set To Honor 1980 Olympi...

"These indictments against Chinese nationals exemplify Homeland Security Investigations' unwavering commitment to breaking every link of the global fentanyl supply chain," Special Agent in Charge Jason T. Stevens of the HSI El Paso Division echoed. "We are committed to continue working hand-in-hand with our domestic and international law enforcement partners to get deadly fentanyl out of our communities and put an end to the chaos and devastation resulting from this epidemic."

The DOJ explained:

> *Many of the fake pills containing fentanyl and other controlled substances seized in the United States are manufactured using relatively inexpensive pill-making equipment — such as pill presses, encapsulating machines, and die molds — obtained from Chinese pharmaceutical equipment companies and imported into the United States. These fake pills often mimic the look, feel, and effect of legitimate pharmaceutical drugs and are particularly dangerous and misleading to U.S. consumers, who may falsely believe they are taking legitimate prescription medication that is safer and less addictive than the fentanyl and methamphetamine the pills really contain.*

The effort to discover the illegal importation was part of an Organized Crime Drug Enforcement Task Forces (OCDETF) operation. "Established in 1982, OCDETF is the centerpiece of the Attorney General's strategy to combat transnational-organized-crime and to reduce the availability of illicit narcotics in the nation by using a prosecutor-led, multi-agency approach to enforcement," the DOJ states.

News, China, Crime, Department of Justice, DOJ, Fentanyl, Pharmaceuticals, smuggle, U.S.

  



Create a free account to join the conversation!

**Read After**
'Do You Believe in Miracles?': Trump Set To Honor 1980 Olympi...





Home » News » News » Chinese Company, Nationals Indicted for Smuggling Pill Making Equipment into US: DOJ

**NEWS**

# Chinese Company, Nationals Indicted for Smuggling Pill-Making Equipment into US: DOJ

 BY **EDWARD TOMIC** — MAY 13, 2025 — UPDATED: MAY 13, 2025   💬 **NO COMMENTS**

🕐 **3 MINS READ**   🔥 **1K VIEWS**

| f Facebook | 𝕏 Twitter (X) | ✉ Email | ↪ |



The U.S. Department of Justice (DOJ) on Monday unsealed a federal indictment against a Chinese company and three Chinese nationals for the alleged illegal importation of pill-making equipment and counterfeit die molds federal authorities say are capable of producing millions of potentially lethal fake pharmaceutical pills.

9/16/25, 1:01 PM
Case 3:25-cr-00957-S Document 37-1 Filed 10/06/25 Page 16 of 51
Chinese Company, Nationals Indicted for Smuggling Pill-Making Equipment into US DOJ - The Maine Wire

According to the 21-count indictment, CapsulCN International Co. Ltd. (CapsulCN) and Xiochuan "Ricky" Pan, 40, Tingyan "Monica" Yang, 37, and Xi "Inna" Chen, 30, all citizens of the People's Republic of China, were charged with smuggling, money laundering and other offenses under the Controlled Substances Act for CapsulCN's alleged criminal importation scheme.

The indictment alleges that CapsulCN unlawfully imported and distributed pill tableting machines (commonly referred to as pill presses), encapsulating machines, and counterfeit pill die molds.

[RELATED: Infamous Chinese Mafia Cannabis Grow in Maine a Total Loss After Inferno at Former Shoe Factory...]

According to the DOJ, many of the fake pills containing fentanyl and other controlled substances seized in the U.S. are manufactured using such pill-making equipment obtained from Chinese pharmaceutical equipment companies and imported into the U.S.

The fake pills are manufactured to mimic legitimate pharmaceutical drugs, but may be laced with fentanyl and methamphetamine. In many cases, they have been known to have deadly effects on those who take them.

CapsulCN allegedly concealed the equipment's purpose using deceptive packaging, false manifests, and disassembled shipments to evade U.S. customs and DEA reporting requirements.

The indictment further alleges that from December 2011 to April 2025, Pan, CapsulCN's principal officer, led the company in marketing and selling pill-making equipment to U.S. customers through websites, e-commerce platforms, and social media. Pan is charged under the indictment with leading a criminal enterprise.

[RELATED: Illicit Chinese Toxins Discovered at Somerset County Triad Cannabis Operation...]

CapsulCN employees, including Yang and Chen, communicated with U.S. customers via encrypted messaging to facilitate smuggling and provided assembly instructions through social media videos. The company also maintained bank accounts in China and online payment services to transfer funds from the U.S., according to the DOJ.

Four CapsulCN-related internet domains were seized by federal authorities on Monday.

"This U.S. Attorney's Office is focused on bringing the full force of justice to anyone who conspires to poison our communities with fentanyl," said Acting U.S. Attorney Margaret Leachman for the Western District of Texas on Monday.

"Whether through the importation of pill presses and related materials, as alleged in this indictment, or through trafficking precursor chemicals and the drug itself, it is evident that bad actors are determined to harm Americans with fentanyl," Leachman said. "Our federal prosecutors, through collaborative efforts with our law enforcement partners, are determined to stop them."

Art

---

◄ PREVIOUS ARTICLE

NH High School Coach Arrested in Maine for Trying to Buy Sex from a 14-Year-Old

NEXT ARTICLE ►

Homeless Man Charged with Arson for Fire that Caused $20,000 in Damage to Bangor Building

---



### Edward Tomic

Edward Tomic is a reporter for The Maine Wire based in Southern Maine. He grew up near Boston, Massachusetts and is a graduate of Boston University. He can be reached at tomic@themainewire.com

+

(https://www.safemedicines.org/)

**Status:** ongoing

**Docket:** 3:25-cr-00957
(https://www.courtlistener.com/docket/70246404/uni
ted-states-v-capsulcn-international-co-ltd/)

# USA v Capsulcn International

On May 12, 2025, the U.S. District Court in the Western District of Texas unsealed an April 23 indictment
against a Chinese company, CapsulCN International Co. Ltd., and three Chinese nationals
(https://www.justice.gov/opa/pr/chinese-company-and-three-chinese-nationals-indicted-unlawfully-
importing-pill-making) for their alleged role in the illegal importation of pill-making equipment. According
to the 21-count indictment, between December 2011 and April 2025, CapsulCN imported and distributed
pill presses, encapsulating machines, and counterfeit die molds to U.S. customers while knowing or
having reason to believe that those items would be used to manufacture controlled substances.

This indictment follows the arrest and prosecution of Xiaofei "Sophie" Chen
(https://www.safemedicines.org/2025/01/usa-v-chen-pill-press.html), who pleaded guilty to charges
involving the illegal sale of pill presses and pill molds in April 2025. Court documents
(https://www.safemedicines.org/wp-content/uploads/2019/09/US-v-Chen-Complaint.pl_.pdf) indicate
that she was part of the sales team indicted in this case.



A page promoting a pill press model (from the Huada
Pharmaceuticals website, via the Wayback Machine)

The company did business under a number of names, including:

- CapsulCN
- PillMolds
- Zhejiang Wisely Machinery Co. Ltd.
- iPharmachine Corp.
- Huada Pharmaceutical
- Ruian Shanfan Enterprise Management Co. Ltd.
- Ruian Runfeng Enterprise Managemen Partnership,
- Ruian Danfeng Enterprise Management Partnership,
- Zhejiang CapsulCN Machinery Co., Ltd.
- Zhejiang CapsulCN Imp. & Exp Co., Ltd.
- HUADACN Pharmaceutical Machinery Co., Ltd.

## Court filings

Indictment, USA v CapsulCN International Co Ltd et al
(https://www.safemedicines.org/2025/05/capsulcn-indictment.html)



# Pill press seizures in the United States

States in pink indicate that law enforcement has found a least one pill press making illicit pills. Click the red triangles for specific seizure incidents, January 2023 through mid-August 2025.

# More on illicit pill presses (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update)

- Report: Illegal pill presses (2021 update) (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update#2021-report)
- Federal resources (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update#federal)
- PSM materials (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update#Pill-Press-Resources), including website posts (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update#posts)
- Media coverage of pill presses (https://www.safemedicines.org/importation-page/illegal-pill-presses-2021-update#RSS-feed)

---

© 2003-2023 Partnership for Safe Medicines

Click here to contact us. (https://www.safemedicines.org/contact)



s://w (https://www.facebook.com/SafeMedicines/)

s://t (https://twitter.com/safemedicines)

s://w (https://www.linkedin.com/company/SafeMedicines/)

s://w (https://www.youtube.com/c/SafeMedicines)

s://w (https://www.instagram.com/safemedicines/)

to:edi tors@safemedicines.org)

# EXHIBIT

# 3

## Ministry of Justice, the People's Republic of China



American Central Authority                    Your Serial No.: ████████
Office of International Affairs, United States   Our Serial No.: ████████
Department of Justice

### Response to the Matter of the United States' Request for Criminal Judicial Assistance in the Case of Alleged Smuggling of Equipment for Use in Manufacturing of Controlled Substances and Other Crimes by CAPSULCN Co.

Your request on the basis of the "Agreement Between the Government of the People's Republic of China and the Government of the United States of America on Mutual Legal Assistance in Criminal Matters" (hereinafter abbreviated as "China-United States Criminal Assistance Agreement") that the Chinese side provide criminal judicial assistance with regard to the case of alleged smuggling of equipment for use in manufacturing of controlled substances and other crimes by CAPSULCN Co. has been received and read.

Upon investigation, a response is hereby made as follows:

I. As to your request that we assist in serving CAPSULCN Co. with a criminal indictment and subpoena, please explain the basis in United States law, what the criteria and standards for the commission of a crime are where constituting the commission of criminal offenses by an enterprise, what the basis is in this case for finding that this constitutes the commission of crimes by an enterprise, and, in particular, what the basis and facts are for finding that the enterprise has deliberately committed crimes.

II. Please supplementally explain, if CAPSULCN Co. is served, what procedural rights the enterprise will enjoy in the process of responding to litigation, and whether the relevant rights may be subject to unreasonable restrictions, with the result that the enterprise is subject to unjust and unequal treatment.

████████████████████████████████████████████

For example, whether, in the process of presentation of evidence, CAPSULCN Co. will be restricted as to the location and persons for reviewing evidence, et cetera.

III. In the indictment enclosed with the request, you mention that relevant undercover law enforcement personnel sent an order to CAPSULCN Co. to purchase tablet presses and related molds.  In light of this, please specifically explain how your law enforcement personnel conducted an investigation against the relevant Chinese enterprise and personnel, whether they proceeded with the approval of the competent authorities of the People's Republic of China, and what evidence was obtained.

Contact Person: █████████

Telephone: ██████████

Email: ████████████

Ministry of Justice, the People's Republic of China
Bureau of Foreign-Related Rule of Law Work

 [Bureau of Foreign-Related Rule of Law Work, Ministry of Justice, the People's Republic of China]

August 26, 2025

# 中 华 人 民 共 和 国 司 法 部

## Ministry of Justice，the People's Republic of China

---

美方中央机关                          贵方编号：

美国司法部国际事务办公室              我方编号：

# 复美国就 CAPSULCN 公司涉嫌走私用于制造受控物质的设备等犯罪案请求刑事司法协助事

贵方依据《中华人民共和国政府和美利坚合众国政府关于刑事司法协助的协定》（以下简称《中美刑协协定》）就 CAPSULCN 公司涉嫌走私用于制造受控物质的设备等犯罪案（贵方编号：　　　　　　　；我方编号：　　　　　　　）向中方提出的刑事司法协助请求收悉。

经审查，现回复如下：

一、贵方请求我方协助向 CAPSULCN 公司送达刑事起诉书和传票，请说明依据美国法律，企业构成刑事犯罪的犯罪要件和标准是什么，本案中认定企业构成犯罪的依据是什么，尤其认定企业故意犯罪的依据和事实有哪些。

二、请贵方补充说明 CAPSULCN 公司如被送达后，企业在应诉过程中享有哪些诉讼权利，相关权利是否可能受到

不合理限制，导致企业在诉讼中受到不公正、不平等对待。例如，是否会在证据开示过程中，限制 CAPSULCN 公司审阅证据的地点和人员等。

三、贵方在请求书所附起诉书中提到有关卧底执法人员向 CAPSULCN 公司发送订单，购买压片机和相关模具。鉴此，请贵方具体说明，贵国执法人员是如何对中国相关企业和人员开展调查的，是否经过中华人民共和国主管机关同意，获取了哪些证据。

联系人：王勋

电话：

邮箱：

中华人民共和国司法部

涉外法治工作局

2025 年 8 月 26 日



JTG, Inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

## CERTIFICATE OF TRANSLATION

I, <u>Carissa Fletcher</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document names:    China-CAPSULCN-MOJ 8-26-25 Response Letter

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed on September 17, 2025.

_____
Signature

# EXHIBIT
# 4

# Companies House

# AD01 (ef)

## Change of Registered Office Address

Company Name:     **CAPSULCN INTERNATIONAL CO., LTD**
Company Number:     **11478474**

XE0G4Q6G

Received for filing in Electronic Format on the: **14/04/2025**

## New Address Details

New Address:     **37 CROYDON ROAD**
**BECKENHAM**
**UNITED KINGDOM**
**BR3 4AB**

The company confirms that the new registered office address is an appropriate address as outlined in section 86(2) of the Companies Act 2006.

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form.
For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any documentation on the company at its previous Registered Office.

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

# EXHIBIT

# 5

# Commercial Invoice

This invoice must be completed in English.

Page _1_ of _1_

| EXPORTER: | |
|---|---|
| Tax ID#: | |
| Contact Name: DHS/ICE/HSI-EL PASO | |
| Telephone No.: | |
| E-Mail: | |
| Company Name/Address: DHS/ICE/HSI-EL PASO 11541 MONTANA AVE STE H | |
| EL PASO TX 79936 | |
| Country/Territory: UNITED STATES OF AMERICA | |
| Parties to Transaction: | |
| ☐ Related    ☒ Non-Related | |

**Ship Date:** 13 Aug, 2025
**Air Waybill No. / Tracking No.:** 392093216571
**Invoice No.:**                    **Purchase Order No.:**
**Payment Terms:**                  **Bill of Lading:**
**Purpose of Shipment:** NOT_SOLD

| CONSIGNEE: |
|---|
| Tax ID#: |
| Contact Name: XIAOCHUAN PAN/ZHANGYE CHEN |
| Telephone No.: 8615967727111 |
| E-Mail: |
| Company Name/Address: CAPSULCN INTERNATIONAL CO LTD 37 CROYDON ROAD |
| Beckenham  BR34AB |
| Country/Territory: UNITED KINGDOM |

**SOLD TO / IMPORTER (if different from Consignee):**
☒ Same as CONSIGNEE:
**Tax ID#:**
**Company Name/Address:**

**Country/Territory:** UNITED KINGDOM

If there is a designated broker for this shipment, please provide contact information.

Name of Broker ____    Tel. No. ____    Contact Name ____

Duties and Taxes Payable by ☐ Exporter ☐ Consignee ☒ Other    If Other, please specify  Bill 3rd Party

| No. of Packages | No. of Units | Net Weight (LBS/KGS) | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/ Terr. of MFR | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1.00 | 0.50 | Pieces | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERSONAL, INTER-OFFICE, AND BUSINESS DOCUMENTS. FOR BANKING DOCUMENTS, PLEASE SEE CHECKS/CHEQUES; MONEY  ORDERS; CREDIT OR DEBIT CARD APPLICATIONS; OR LETTERS OF CREDIT (DOCUMENT   PACKET ONLY, NOT FOR PREPARATION OR PRESENTATION TO BANK). | | US | 1.000000 | 1.00 |

| Total Pkgs | Total Units | Total Net Weight | (Indicate LBS/KGS) | Total Gross Weight | (Indicate LBS/KGS) | Terms of Sale: FCA |
|---|---|---|---|---|---|---|
| 1 | 1.00 | 0.50 LB | | 0.50 LB | | |

| | |
|---|---|
| Subtotal: | 1.00 |
| Insurance: | 0.00 |
| Freight: | 0.00 |
| Packing: | 0.00 |
| Handling: | 0.00 |
| Other: | 0.00 |
| Invoice Total: | 1.00 |
| Currency Code: | USD |

**Special Instructions:**

**Declaration Statement(s):**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct.

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:
DHS/ICE/HSI-EL PASO

Signature / Title / Date

13 Aug, 2025

REV. 08-23-22

August 21, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 392093216571

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | K.CARL | Delivery Location: | |
| Service type: | FedEx International Priority Express | | |
| Special Handling: | Deliver Weekday | | Beckenham, KE, |
| | | Delivery date: | Aug 15, 2025 11:18 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 392093216571 | Ship Date: | Aug 13, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| BECKENHAM, KE, GB, | | EL PASO, TX, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

# EXHIBIT

# 6

# Commercial Invoice

This invoice must be completed in English.

Page 1 of 1

| EXPORTER: | Ship Date: |
| --- | --- |
| Tax ID#: | 13 Aug, 2025 |
| Contact Name: DHS/ICE/IHS-EL PASO | Air Waybill No. / Tracking No.: |
| Telephone No.: | 392092874460 |
| E-Mail: | Invoice No.:                    Purchase Order No.: |
| Company Name/Address:<br>DHS/ICE/IHS-EL PASO<br>11541 MONTANA AVE STE H | Payment Terms:                 Bill of Lading: |
| | Purpose of Shipment:<br>NOT_SOLD |
| EL PASO TX 79936<br>Country/Territory: UNITED STATES OF AMERICA<br>Parties to Transaction:<br>☐ Related       ☒ Non-Related | |

| CONSIGNEE: | SOLD TO / IMPORTER (if different from Consignee): |
| --- | --- |
| Tax ID#: | ☒ Same as CONSIGNEE: |
| Contact Name: XIAOCHUAN PAN | |
| Telephone No.: 8615967727111 | Tax ID#: |
| E-Mail: | |
| Company Name/Address:<br>CAPSULCN INTERNATIONAL CO LTD<br>51 KAIFAYI ECONOMY DEVELOPEMNT ZONE | Company Name/Address: |
| Ruian 325200<br>Country/Territory: CHINA | Country/Territory: CHINA |

If there is a designated broker for this shipment, please provide contact information.

Name of Broker _____ Tel. No. _____ Contact Name _____

Duties and Taxes Payable by ☐ Exporter ☐ Consignee ☒ Other    If Other, please specify Bill 3rd Party

| No. of Packages | No. of Units | Net Weight (LBS / KGS) | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/ Terr. of MFR | Unit Value | Total Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1.00 | 0.50 | Pieces | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERSONAL, INTER-OFFICE, AND BUSINESS DOCUMENTS. FOR BANKING DOCUMENTS, PLEASE SEE CHECKS/CHEQUES; MONEY ORDERS; CREDIT OR DEBIT CARD APPLICATIONS; OR LETTERS OF CREDIT (DOCUMENT PACKET ONLY, NOT FOR PREPARATION OR PRESENTATION TO BANK). | | US | 1.000000 | 1.00 |

| Total Pkgs | Total Units | Total Net Weight (Indicate LBS/KGS) | Total Gross Weight (Indicate LBS/KGS) | Terms FCA of Sale: | | Subtotal: | 1.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1.00 | 0.50 LB | 0.50 LB | | | Insurance: | 0.00 |

| Special Instructions: | | Freight: | 0.00 |
| --- | --- | --- | --- |
| | | Packing: | 0.00 |

**Declaration Statement(s):**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| | Handling: | 0.00 |
| --- | --- | --- |
| | Other: | 0.00 |

I declare that all the information contained in this invoice to be true and correct.

| | Invoice Total: | 1.00 |
| --- | --- | --- |

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:
DHS/ICE/IHS-EL PASO

| Currency Code: | USD |
| --- | --- |

Signature / Title / Date:                                                                    13 Aug, 2025

| TOTAL PIECES | |
| --- | --- |
| TOTAL SHIPMENT WEIGHT | 1 lbs / 0.0 kg |
| PACKAGING | FedEx Envelope |

↑ Back to top

## Travel history

**SORT BY DATE/TIME**
Ascending ⌄

**Time zone**
Local Scan Time ⌄

| Wednesday, 8/13/25 | | | |
| --- | --- | --- | --- |
| | 3:18 PM | Shipment information sent to FedEx | |
| | 2:19 PM | Picked up | EL PASO, TX |
| | 11:01 PM | Arrived at FedEx hub | MEMPHIS, TN |

| Thursday, 8/14/25 | | | |
| --- | --- | --- | --- |
| | 12:00 AM | On the way | MEMPHIS, TN |
| | 3:53 AM | Departed FedEx hub | MEMPHIS, TN |
| | 7:15 AM | Arrived at FedEx hub | ANCHORAGE, AK |
| | 10:46 AM | Departed FedEx hub | ANCHORAGE, AK |

| Saturday, 8/16/25 | | | |
| --- | --- | --- | --- |
| | 2:29 AM | At destination sort facility | SHANGHAI CN |
| | 5:04 PM | On the way<br>Package available for clearance | SHANGHAI CN |
| | 5:04 PM | International shipment release - Import | SHANGHAI CN |

| Sunday, 8/17/25 | | | |
| --- | --- | --- | --- |
| | 5:40 PM | At local FedEx facility | SHANGHAI CN |

| Tuesday, 8/19/25 | | | |
| --- | --- | --- | --- |
| | 8:12 AM | At local FedEx facility | WENZHOU CN |
| | 9:13 AM | On FedEx vehicle for delivery | WENZHOU CN |
| | 9:13 AM | On the way<br>A trusted third-party vendor is on the way with your package. | WENZHOU CN |
| | 5:00 PM | Delivery exception<br>Delivery was refused by the recipient | WENZHOU CN |

# EXHIBIT

# 7





August 20, 2025

Steven R. Spitzer
Assistant United States Attorney
Pecos/Alpine Division Chief
United States Attorney's Office
Western District of Texas
410 S. Cedar, Room 255
Pecos, Texas 79772

Re:     Engagement of Counsel

Dear AUSA Spitzer:

                  has been retained by CapsulCN International Co., Ltd. and its principals (collectively, "the Client") in connection with the criminal action pending in your district, 25-CR-957 (LS). Please accept this letter confirming our representation.

            As noted in previous correspondence, we have been retained by the Client solely for the purpose of discussing the matter with you and other relevant government agencies, reviewing any discovery provided, and negotiating a potential global disposition in the case. At this time, the Client has not authorized us to file a Notice of Appearance in this matter, nor perform any other services or functions or assume other responsibilities.

            At your convenience, we would like to schedule a call with you and your team to discuss possible next steps. We look forward to speaking with you.

                              Sincerely,

                              /s/



# EXHIBIT

# 8



**U.S. Department of Justice**
*Consumer Protection Branch*

**Colin W. Trundle, Trial Attorney**
colin.trundle@usdoj.gov
Phone:   202-742-7112
Fax:        202-514-8742

**Overnight Delivery Address**
450 Fifth St. NW Rm. 6400
Washington, DC  20001

**Mailing Address**
P.O. Box 386
Washington, D.C.  20044

August 25, 2025

**VIA EMAIL**



Re: **Correspondence Dated August 20, 2025**

Dear Mr. McConnell:

This letter is in response to your firm's correspondence dated August 20, 2025.  The correspondence noted that ▮▮▮▮▮▮▮▮▮▮▮ was retained by Defendant CapsulCN International Co., Ltd. (hereinafter, "Defendant CapsulCN") and "its principals" in connection to the Indictment filed in the Western District of Texas against Defendant CapsulCN and others (to include Defendant Xiaochuan "Ricky" Pan) in case number 25-cr-957. The correspondence noted that your firm was retained to discuss the matter with the United States, review discovery, and negotiate "a potential global disposition in the case." However, the correspondence added that your firm was "not authorized" to enter "a Notice of Appearance in this matter, nor perform any other services or functions or assume other responsibilities."

As a threshold matter, your firm's concurrent representation of Defendant CapsulCN and "its principals" raises potential concern that your firm may be offering conflicted representation in violation of Rule 1.06 of the Texas Disciplinary Rules of Professional Conduct. A conflict exists because your firm purportedly represents at least two named criminal defendants in the same indictment who may have adverse legal interests. For example, the Indictment alleges that Defendant Pan is a "shareholder, principal, and general manager" of Defendant CapsulCN. Indictment at ¶ 9, *United States v. CapsulCN International Co., Ltd. et al.*, No. 25-cr-957, (W.D. Tex. Apr. 23, 2025), Dkt. No. 9. Furthermore, your correspondence raises concern because it failed to identify the "principals" whom your firm purports to represent.

Notwithstanding the existence of potential conflicts and the ambiguity of whom your firm represents, this matter is under indictment in the United States District Court for the Western District of Texas. As such, the United States will not negotiate with your firm regarding

Letter to █████████████, Esq.
August 25, 2025
Page 2 of 2

Defendant CapsulCN until it appears before the Court. That is, your firm must enter a Notice of Appearance, appear on behalf of Defendant CapsulCN for arraignment scheduled for September 5, 2025, at 3:30 pm before the Honorable Laura Enriquez in the El Paso Division of the Court, and enter a plea. A copy of the summons is enclosed.

Furthermore, the United States will not negotiate with your firm regarding Defendant Pan or any other individually named defendant prior to their arrest as they are international fugitives of justice. Individually named defendants in this case are not eligible for an offer of a Rule 11 plea agreement until they voluntarily and unconditionally surrender themselves into the custody of the U.S. Marshals Service to stand before the Court and answer the criminal charges against them.

Sincerely,

*/s/ Colin W. Trundle*

Colin W. Trundle
Kaitlin J. Sahni
Cadesby B. Cooper
Trial Attorneys
Consumer Protection Branch

Steven R. Spitzer
Assistant United States Attorney
Western District of Texas

Enclosure: Summons for Defendant CapsulCN

cc:
█████████████, Esq.
█████████████, Esq.
Special Agent Kathy J. McGlone, Homeland Security Investigations

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

<table>
<tr><td>United States of America<br>v.<br><br>Capsulcn International Co., Ltd.<br>dba (See Attachment)<br>51# Kaifayi Economy Development Zone,<br>Rui'an, Zhejiang, 325200, China<br><br><br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. 3:25-cr-00957-LS-1</td></tr>
</table>

Received

MAY 21 2025

USMS W/TX

El Paso

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

<table>
<tr><td>Place: 525 Magoffin Avenue,<br>El Paso, Texas 79901<br>Judge Laura Enriquez</td><td>Courtroom No.: 512</td></tr>
<tr><td></td><td>Date and Time: 09/05/2025 3:30 pm</td></tr>
</table>

This offense is briefly described as follows:

Count 1: 18:371.F (Conspiracy to Smuggle Equipment and Materials Used to Manufacture Controlled Substances into the United States)
Counts 2-6: 18:545.F (Smuggling of Equipment Used to Manufacture Controlled Substances into the United States)
Count 7: 21:846=CD.F (Conspiracy to Violate the Controlled Substances Act)
Counts 9-12: 21:843A=CD.F (Distribution of Counterfeit Die Molds)
Counts 13-14: 21:843A=CD.F (Importation and Distribution of Tableting Machines into the United States)
Counts 15-18: 21:843B=CD.F Use of a Communication Facility to Violate the Controlled Substances Act
Count 19: 18:1956-4310.F Conspiracy to Commit International Promotional Money Laundering
Counts 20-21: 18:1956-4310.F International Promotional Money Laundering

Date: 05/21/2025

_D. Trujillo_
*Issuing officer's signature*

David Trujillo, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

**Case Title: USA v. Capsulcn International Co., Ltd. et al.**

**Case Number: 3:25-cr-00957-LS**

**Defendant (1)**

**Capsulcn International Co., Ltd.**
*doing business as*
CapsulCN,
*doing business as*
PillMolds,
*doing business as*
Zhejiang Wisely Machinery Co. Ltd.,
*doing business as*
iPharmachine Corp.,
*doing business as*
Huada Pharmaceutical,
*doing business as*
Ruian Shanfan Enterprise Management Co. Ltd.,
*doing business as*
Ruian Runfeng Enterprise Management Partnership,
*doing business as*
Zhejiang CapsulCN Machinery Co., Ltd.,
*doing business as*
Zhejiang CapsulCN Imp. & Exp Co., Ltd.,
*doing business as*
HUADACN Pharmaceutical Machinery Co., Ltd.
*doing business as*
Ruian Danfeng Enterprise Management Partnership

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

*Received*

*MAY 21 2025*

*USMS W/TX*

*El Paso*

United States of America

v.

Capsulcn International Co., Ltd.
dba (See Attachment)
37 Croydon Road,
Beckenham, United Kingdom, BR3 4 AB

)
)
)
)
)
)
)

Case No.   3:25-cr-00957-LS-1

*Defendant*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information   ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition  ☐ Violation Notice   ☐ Order of Court

| Place: | 525 Magoffin Avenue, El Paso, Texas 79901 Judge Laura Enriquez | Courtroom No.: 512 |
| | | Date and Time:  09/05/2025 3:30 pm |

This offense is briefly described as follows:

Count 1: 18:371.F (Conspiracy to Smuggle Equipment and Materials Used to Manufacture Controlled Substances into the United States)
Counts 2-6: 18:545.F (Smuggling of Equipment Used to Manufacture Controlled Substances into the United States)
Count 7: 21:846=CD.F (Conspiracy to Violate the Controlled Substances Act)
Counts 9-12: 21:843A=CD.F (Distribution of Counterfeit Die Molds)
Counts 13-14: 21:843A=CD.F (Importation and Distribution of Tableting Machines into the United States)
Counts 15-18: 21:843B=CD.F Use of a Communication Facility to Violate the Controlled Substances Act
Count 19: 18:1956-4310.F Conspiracy to Commit International Promotional Money Laundering
Counts 20-21: 18:1956-4310.F International Promotional Money Laundering

Date:        05/21/2025

*D. Trujillo*

*Issuing officer's signature*

David Trujillo, Deputy Clerk

*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons              ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*

**Case Title: USA v. Capsulcn International Co., Ltd. et al.**

**Case Number: 3:25-cr-00957-LS**

**Defendant (1)**

**Capsulcn International Co., Ltd.**
*doing business as*
CapsulCN,
*doing business as*
PillMolds,
*doing business as*
Zhejiang Wisely Machinery Co. Ltd.,
*doing business as*
iPharmachine Corp.,
*doing business as*
Huada Pharmaceutical,
*doing business as*
Ruian Shanfan Enterprise Management Co. Ltd.,
*doing business as*
Ruian Runfeng Enterprise Management Partnership,
*doing business as*
Zhejiang CapsulCN Machinery Co., Ltd.,
*doing business as*
Zhejiang CapsulCN Imp. & Exp Co., Ltd.,
*doing business as*
HUADACN Pharmaceutical Machinery Co., Ltd.
*doing business as*
Ruian Danfeng Enterprise Management Partnership

# EXHIBIT
# 9



August 25, 2025

**VIA EMAIL TO COLIN.TRUNDLE@USDOJ.GOV**

Colin W. Trundle
Trial Attorney, Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20001

Re:    RE: Correspondence Dated August 25, 2025, Case No. 25-cr-957

Dear Mr. Trundle,

We are disappointed to receive your letter stating the government's refusal to engage with us in good faith. This is particularly surprising where our communications with AUSA Spitzer on or about June 10, 2025, informed us that the government *would* speak with us about the case upon confirmation that we represent Mr. Pan and CapsulCN for the purposes of discussing the pending criminal matter with the government, reviewing any discovery provided, and negotiating a potential resolution to each party's case. Mr. Spitzer confirmed in writing, on or about August 20, 2025, that such a discussion would be scheduled upon receipt of a letter confirming our limited representation, which we promptly provided. It was on this basis that our clients authorized us to engage with you to learn more about the case and to discuss any possible disposition. Given the circumstances of the case, we believed this offer would be welcomed, not flatly rejected.

As you know, Mr. Pan is a Chinese national residing in China. Your accusation notwithstanding, Mr. Pan does not meet the legal definition of a fugitive. He is simply beyond the reach of U.S. compulsory process. Regarding potential conflicts, we are aware of the Rules of Professional Conduct and shall handle our clients and cases in accordance therewith.

We cannot accept your electronic summons for any purpose, as we are not legally authorized to accept service of process on our clients' behalf. Nor have we been authorized to file a Notice of Appearance or appear at any court proceedings. We made that clear in our letter dated August 20, 2025, wherein we described the scope of our limited engagement.

August 25, 2025
Page 2

We are offering to negotiate a potential resolution in your prosecution of both a company and an individual who are beyond your reach. Your unreasonable demands in the face of our offer are declined, and as former AUSAs, we reject your plainly false statement that our clients are "ineligible for an offer of a Rule 11 plea agreement" until your demands are met.

Our clients remain willing to discuss a pretrial resolution under the terms previously specified. If you would like to revisit your position, please let us know when the previously agreed-upon meeting can be scheduled.

Sincerely,



Partner,

Partner,

cc:
_____, Partner, _____
Kaitlin J. Sahni, Trial Attorney, Consumer Protection Branch
Cadesby B. Cooper, Trial Attorney, Consumer Protection Branch
Steven Spitzer, AUSA, Western District of Texas
Special Agent Kathy J. McGlone, Homeland Security Investigations

# EXHIBIT 10

**FedEx Express**

*Package*
**US Airbill**

FedEx Tracking Number   8182 9215 5970

MUR3

Form ID No.   0215

**Sender's Copy**

**1  From** *Please print and press hard.*

Date  8-22 2025

Sender's FedEx Account Number   1586-9316-4
SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name  Kathy McGlone    Phone ( 915 ) 856-5202

Company  DHS/ICE/HSI-EL PASO

Address  11541 MONTANA AVE STE H
Dept./Floor/Suite/Room

City  EL PASO    State  TX    ZIP  79936-1425

**2  Your Internal Billing Reference**
First 24 characters will appear on invoice.    OPTIONAL

**3  To**

Recipient's Name  ▮▮▮▮▮▮▮▮

Company  ▮▮▮▮▮▮▮▮

Address  ▮▮▮▮▮▮▮▮
We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept./Floor/Suite/Room

Address  ▮▮▮▮▮▮▮▮
Use this line for the HOLD location address or for continuation of your shipping address.

City  New York    State  NY    ZIP  ▮▮▮▮

0141290656

**Hold Weekday**
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

**Hold Saturday**
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.


**Ship it. Track it. Pay for it. All online.**
Go to **fedex.com**.

**4  Express Package Service**    *To most locations.*

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☒ **FedEx First Overnight**
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ **FedEx Standard Overnight**
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ **FedEx 2Day A.M.**
Second business morning.* Saturday Delivery NOT available.

☐ **FedEx 2Day**
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ **FedEx Express Saver**
Third business day.* Saturday Delivery NOT available.

**5  Packaging**    *Declared value limit $500.*

☒ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6  Special Handling and Delivery Signature Options**    Fees may apply. See the FedEx Service Guide.

☐ **Saturday Delivery**
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ **No Signature Required**
Package may be left without obtaining a signature for delivery.

☒ **Direct Signature**
Someone at recipient's address may sign for delivery.

☐ **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 _____ x _____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.    ☐ Cargo Aircraft Only

**7  Payment** *Bill to:*

Sender Acct. No. in Section 1 will be billed.
Enter FedEx Acct. No. below
☐ Recipient    ☐ Third Party

FedEx Acct. No.

This airbill can be used only when billing to a FedEx account number. For cash, check, or credit card transactions, please go to a staffed shipping location.

Total Packages    Total Weight _____ lbs.    Total Declared Value† $ _____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 4/22 • Part #163134 • ©1994–2022 FedEx • PRINTED IN U.S.A.


611

Part 163134 • Rev. Date 4/22

# Terms and Conditions Summary

*For the current FedEx Service Guide, which contains the complete Terms and Conditions, go to fedex.com.*

**Definitions** On this Airbill, "we," "our," "us," and "FedEx" refer to Federal Express Corporation, its employees, and agents. "You" and "your" refer to the sender, its employees, and agents.

**Agreement To Terms** By giving us your package to deliver, you agree to all the terms on this Airbill and in the current FedEx Service Guide, which is available at **fedex.com** or at a FedEx location. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the current FedEx Service Guide and this Airbill, the current FedEx Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility For Packaging And Completing Airbill** You are responsible for *adequately* packaging your goods and properly filling out this Airbill. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility For Payment** Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition. All shipments originating in the U.S. and paid for with cash, check, debit or credit card must be tendered at a staffed shipping location, and will be charged FedEx Retail Rates.

**Limitations On Our Liability And Liabilities Not Assumed**

- Unless a higher value is declared and paid for, our liability for each package is limited to US$100. You may pay an additional charge for each additional US$100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.

- In any event, we will not be liable for any damage, whether direct, incidental, special, or consequential, in excess of the declared value of a shipment, whether or not FedEx had knowledge that such damages might be incurred, including but not limited to loss of income or profits.

**Declared Value Limits**

- Which maximum declared value allowed for a FedEx Envelope or FedEx Pak shipment is US$500.

- For other shipments, the maximum declared value allowed is US$50,000 per package, unless your package contains items of extraordinary value, in which case the maximum declared value allowed is US$1,000 per package.

- Items of extraordinary value include shipments containing such items as artwork, jewelry, furs, precious metals, negotiable instruments, and other items listed in the current FedEx Service Guide.

- You may send more than one package on this Airbill and fill in the total declared value for all packages, not to exceed the US$500, US$1,000, or US$50,000 per package limit described above. (Example: 5 packages can have a total declared value of up to US$250,000.) In that case, our liability is limited to the actual value of the package(s) lost or damaged, but may not exceed the maximum allowable declared value(s) or the total declared value, whichever is less. You are responsible for proving the actual loss or damage.

**Money-Back Guarantee** In the event of untimely delivery, FedEx will, at your request and with some limitations, refund or credit all transportation charges. See the current FedEx Service Guide for more information.

**Air Transportation Tax Included** A federal excise tax when required by the Internal Revenue Code on the air transportation portion of this service, if any, is paid by us.

**C.O.D. Services** C.O.D. SERVICE IS NOT AVAILABLE WITH THIS AIRBILL. If C.O.D. Service is required, please use a FedEx C.O.D. Airbill.

**Right To Inspect** We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right Of Rejection** We reserve the right to reject a shipment when such shipment would be likely to cause delay or damage to other shipments, equipment, or personnel; or if the shipment is prohibited by law; or if the shipment would violate any terms of our Airbill or the current FedEx Service Guide.

**Filing A Claim** YOU MUST MAKE ALL CLAIMS IN WRITING or online at **fedex.com** and notify us of your claim within strict time limits set out in the current FedEx Service Guide.

You may call our Customer Service department at 1.800.GoFedEx 1.800.463.3339 to report a claim, however, you must still file a timely written claim. We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

- We won't be liable:

  − for your acts or omissions, including but not limited to improper or insufficient packing, securing, marking, or addressing, or those of the recipient or anyone else with an interest in the package.

  − if you or the recipient violates any of the terms of our Agreement.

  − for loss of or damage to shipments of prohibited items.

  − for loss, damage, or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts of public authorities with actual or apparent authority.

August 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 818292155970

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.Jeff | Delivery Location: | |
| Service type: | FedEx First Overnight | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | NEW YORK, NY, |
| | | Delivery date: | Aug 26, 2025 13:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 818292155970 | Ship Date: | Aug 25, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| NEW YORK CITY, NY, US, | EL PASO, TX, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx