## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | Case No. 3:25-CR-957 (LS) |
| | § | |
| v. | § | |
| | § | |
| CAPSULCN INTERNATIONAL CO., | § | |
| LTD., | § | |
| | § | |
| Defendant. | § | |

### DECLARATION OF SPECIAL AGENT KATHY J. MCGLONE

I, Kathy J. McGlone, declare as follows:

1.    I am a Special Agent with the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been since July 2009. I make this declaration to establish that Defendant CAPSULCN INTERNATIONAL CO., LTD. ("CAPSULCN") in *United States v. CapsulCN International Co., Ltd.*, et al., 3:25-CR-957 (LS) was properly served with a summons, by a means that gives notice under Federal Rule of Criminal Procedure 4(c)(3)(D)(ii), to appear for initial appearance and arraignment on December 4, 2025 at 2:00 pm in Courtroom 512 of the U.S. District Court for the Western District of Texas in El Paso.

2.    On November 10, 2025, the Honorable Laura Enriquez issued an order setting a second initial appearance and arraignment date for CAPSULCN on December 4, 2025, at 2:00 pm in Courtroom 512 of the U.S. District Court for the Western District of Texas in El Paso. Order, *United States v. CapsulCN International Co., Ltd. et al.*, No. 25-CR-957, (W.D. Tex. Nov. 10,

2025), Dkt. No. 41. The order authorized the United States to serve CAPSULCN a summons through its legal counsel or by serving the summons via CAPSULCN's corporate address in the United Kingdom. *Id*. On November 12, 2025, the Honorable Laura Enriquez issued two summonses for CAPSULCN's initial appearance and arraignment. These summonses were docketed at ECF Nos. 42 and 43.

3.      On or about November 14, 2025, the United States sent an e-mail to CAPSULCN's legal counsel, A██ M██████, J█████ S███, and L██ M██████ of ███████████████. The e-mail contained an attachment which contained the summonses issued by the Honorable Laura Enriquez. On or about November 14, 2025, the United States received a read receipt from L██ M██████. A true and correct copy of the correspondence sent A██ M██████, J█████ S███, and L██ M██████ is attached as **Exhibit 1**. A true and correct copy of the read receipt received from L██ M██████ is attached as **Exhibit 2**.

4.      On or about November 19, 2025, I mailed the summonses via FedEx to A██ M██████ at his business address.[1] The FedEx tracking number associated with the mailing of the Summons was "818292155981." On or about November 20, 2025, the summons was delivered to A██ M██████'s business address. A true and correct copy of the invoice as well as the FedEx tracking data for tracking number "818292155981" which was downloaded from FedEx's web domain is attached as **Exhibit 3**.

---

[1] I sent the summons to the address contained in A██ M██████'s August 20, 2025, correspondence to the United States. A copy of that correspondence is contained in my previous declaration in this case. *See* Decl. of Special Agent Kathy J. McGlone at Ex. 7, *United States v. CapsulCN International Co., Ltd. et al.*, No. 25-CR-957, (W.D. Tex. Oct. 6, 2025), Dkt. No. 38.

5.      On or about November 19, 2025, I faxed the summonses to A███ M███████.[2] I received confirmation that the summonses were successfully faxed. A true and correct copy of the fax transmission verification report is attached as **Exhibit 4**.

6.      On or about November 19, 2025, I faxed the summonses to J█████ S███.[3] I received confirmation that the summonses were successfully faxed. A true and correct copy of the fax transmission verification report is attached as **Exhibit 5**.

7.      On or about November 13, 2025, I sent a summons via FedEx to CAPSULCN's registered office address in the United Kingdom. The FedEx tracking number associated with the mailing of the Summons was "395310071880." On or about November 19, 2025, the summons was delivered to CAPSULCN's registered office address in the United Kingdom.[4] A true and correct copy of the commercial invoice as well as the FedEx tracking data for tracking number 395310071880 which was downloaded from FedEx's web domain is attached as **Exhibit 6**.

8.      On or about November 12, 2025, I learned that CAPSULCN established the Chinese-based domain, "www.capsulcn.com.cn." A review of the "contact us" page on the "www.capsulcn.com.cn" domain revealed that CAPSULCN operates at the address, "Rm.1888 Bld 2nd Zhongrun Square, Ruian, Zhejiang, China." A screenshot of the of the "contact us" page on the "www.capsulcn.com.cn" domain is attached as **Exhibit 7**. On or about November 13, 2025,

---

[2] I sent the summons to the fax number contained in A███ M██████'s August 20, 2025, correspondence to the United States. *See* Decl. of Special Agent Kathy J. McGlone at Ex. 7, Dkt. No. 38.

[3] I sent the summons to the fax number contained in J█████ S██'s August 25, 2025, correspondence to the United States. *See* Decl. of Special Agent Kathy J. McGlone at Ex. 9, Dkt. No. 38.

[4] I sent the summons to the address provided by CAPSULCN to the United Kingdom Companies House on April 14, 2025. *See* Decl. of Special Agent Kathy J. McGlone at Ex. 4, Dkt. No. 38.

I sent a sent a summons via FedEx to "Rm.1888 Bld 2nd Zhongrun Square, Ruian, Zhejiang, China." The FedEx tracking number associated with the mailing of the Summons was "395309879960." On or about November 18, 2025, the summons was delivered to "Rm.1888 Bld 2nd Zhongrun Square, Ruian, Zhejiang, China" and was signed for by "QIANSHOU." A true and correct copy of the commercial invoice as well as the FedEx tracking data for tracking number "395309879960" which was downloaded from FedEx's web domain is attached as **Exhibit 8**.

9.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in El Paso, Texas on December 1, 2025.


Kathy J. McGlone
Special Agent
U.S. Homeland Security Investigations

# EXHIBIT

# 1



**U.S. Department of Justice**

*Enforcement & Affirmative*
*Litigation Branch*

**Colin W. Trundle, Trial Attorney**
colin.trundle@usdoj.gov
Phone: 202-532-5278
Fax:    202-514-8742

**Overnight Delivery Address**
450 Fifth St. NW Rm. 6400
Washington, DC  20001

**Mailing Address**
P.O. Box 386
Washington, D.C.  20044

November 14, 2025

<u>**VIA EMAIL**</u>

Mr. A██ M██████, Esq.
Ms. J██████ .S███, Esq.
Ms. L██ M██████, Esq.


New York, New York 10111

Re: <u>**Order by the United States District Court for the Western District of Texas**</u>

Dear Counsel:

This letter is to notify you that on November 10, 2025, the United States District Court for the Western District of Texas issued an order which concluded that your client, Defendant CapsulCN International Co., Ltd. (hereinafter, "Defendant CapsulCN") "was served by a means that gives notice under Federal Rule of Criminal Procedure 4(c)(3)(D)(ii)" of its obligation to appear for initial appearance and arraignment on September 5, 2025. Order, *United States v. CapsulCN International Co., Ltd. et al.*, No. 25-CR-957, (W.D. Tex. Nov. 10, 2025), Dkt. No. 47. The Court also made findings that your firm indicated Defendant CapsulCN would not appear for that initial appearance and arraignment. *See id.*

The Court ordered that a second summons be issued to Defendant CapsulCN for initial appearance and arraignment on December 4, 2025, at 2:00 pm before the Honorable Laura Enriquez in the El Paso Division of the Court. A copy of the summons is enclosed. Please inform Defendant CapsulCN of its obligation to appear before the Court.

The Court further noted that if "Defendant CapsulCN fails to appear for initial appearance and arraignment, an order may be issued . . . to show cause why it should not be held in contempt of court. *Id.*

Letter to ███████████
November 14, 2025
Page 2 of 2

      Should Defendant CapsulCN fail to appear before the Court to answer its criminal charges, the United States will initiate contempt proceedings and seek appropriate sanctions.


            Sincerely,

            */s/ Colin W. Trundle*

            Colin W. Trundle
            Cadesby B. Cooper
            Trial Attorneys
            Consumer Protection Branch

            Steven R. Spitzer
            Assistant United States Attorney
            Western District of Texas


Enclosure: Summons for Defendant CapsulCN
           Order, *United States v. CapsulCN International Co., Ltd. et al*., No. 25-CR-957, (W.D. Tex. Nov. 10, 2025), Dkt. No. 47.

cc:
Special Agent Kathy J. McGlone, Homeland Security Investigations

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Capsulcn International Co., Ltd.<br>dba (See Attachment)<br>51# Kaifayi Economy Development Zone,<br>Rui'an, Zhejiang, 325200, China<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.  3:25-cr-00957-LS-1 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | 525 Magoffin Avenue,<br>Place: El Paso, Texas 79901<br>Judge Laura Enriquez | Courtroom No.: 512 |
|---|---|---|
| | | Date and Time:  12/04/2025 2:00 pm |

This offense is briefly described as follows:
Count 1: 18:371 (Conspiracy to Smuggle Equipment and Materials Used to Manufacture Controlled Substances into the United States)
Counts 2-6: 18:545 (Smuggling of Equipment Used to Manufacture Controlled Substances into the United States)
Count 7: 21:846 (Conspiracy to Violate the Controlled Substances Act)
Counts 9-12: 21:843 (Distribution of Counterfeit Die Molds)
Counts 13-14: 21:843 (Importation and Distribution of Tableting Machines into the United States)
Counts 15-18: 21:843 (Use of a Communication Facility to Violate the Controlled Substances Act)
Count 19: 18:1956 (Conspiracy to Commit International Promotional Money Laundering
Counts 20-21: 18:1956 (International Promotional Money Laundering)

Date:    12/04/2025

_____
*Issuing officer's signature*

Honorable Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

Case No. 3:25-cr-00957-LS-1

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

   ❏ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

   ❏ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

   ❏ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

   ❏ The summons was returned unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

                                      _____
                                                *Server's signature*

                                        _____
                                               *Printed name and title*

Remarks:

**Case Title: USA v. Capsulcn International Co., Ltd. et al.**

**Case Number: 3:25-cr-00957-LS**

**Defendant (1)**

**Capsulcn International Co., Ltd.**
*doing business as*
CapsulCN,
*doing business as*
PillMolds,
*doing business as*
Zhejiang Wisely Machinery Co. Ltd.,
*doing business as*
iPharmachine Corp.,
*doing business as*
Huada Pharmaceutical,
*doing business as*
Ruian Shanfan Enterprise Management Co. Ltd.,
*doing business as*
Ruian Runfeng Enterprise Management Partnership,
*doing business as*
Zhejiang CapsulCN Machinery Co., Ltd.,
*doing business as*
Zhejiang CapsulCN Imp. & Exp Co., Ltd.,
*doing business as*
HUADACN Pharmaceutical Machinery Co., Ltd.
*doing business as*
Ruian Danfeng Enterprise Management Partnership

AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Capsulcn International Co., Ltd. | ) | |
| dba (See Attachment) | ) | Case No.   3:25-cr-00957-LS-1 |
| 37 Croydon Road, | ) | |
| Beckenham. United Kingdom. BR3 4 AB | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: 525 Magoffin Avenue, Place: El Paso, Texas 79901 Judge Laura Enriquez | Courtroom No.:  512 |
|---|---|
| | Date and Time:  12/04/2025 2:00 pm |

This offense is briefly described as follows:

Count 1: 18:371 (Conspiracy to Smuggle Equipment and Materials Used to Manufacture Controlled Substances into the United States)
Counts 2-6: 18:545 (Smuggling of Equipment Used to Manufacture Controlled Substances into the United States)
Count 7: 21:846 (Conspiracy to Violate the Controlled Substances Act)
Counts 9-12: 21:843 (Distribution of Counterfeit Die Molds)
Counts 13-14: 21:843 (Importation and Distribution of Tableting Machines into the United States)
Counts 15-18: 21:843 (Use of a Communication Facility to Violate the Controlled Substances Act)
Count 19: 18:1956 (Conspiracy to Commit International Promotional Money Laundering
Counts 20-21: 18:1956 (International Promotional Money Laundering)

Date:  ___11/12/2025___

*Issuing officer's signature*

Honorable Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  _____

*Server's signature*

*Printed name and title*

Case No.  3:25-cr-00957-LS-1

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal**.
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

&#10065; I personally served the summons on this defendant _____ at _____ *(place)* on *(date)* _____ ; or

&#10065; On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

&#10065; I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

&#10065; The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks:

**Case Title: USA v. Capsulcn International Co., Ltd. et al.**

**Case Number: 3:25-cr-00957-LS**

**Defendant (1)**

**Capsulcn International Co., Ltd.**
*doing business as*
CapsulCN,
*doing business as*
PillMolds,
*doing business as*
Zhejiang Wisely Machinery Co. Ltd.,
*doing business as*
iPharmachine Corp.,
*doing business as*
Huada Pharmaceutical,
*doing business as*
Ruian Shanfan Enterprise Management Co. Ltd.,
*doing business as*
Ruian Runfeng Enterprise Management Partnership,
*doing business as*
Zhejiang CapsulCN Machinery Co., Ltd.,
*doing business as*
Zhejiang CapsulCN Imp. & Exp Co., Ltd.,
*doing business as*
HUADACN Pharmaceutical Machinery Co., Ltd.
*doing business as*
Ruian Danfeng Enterprise Management Partnership

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | NO. 3:25-CR-957-LS |
| CAPSULCN INTERNATIONAL CO., LTD., | § § § | |
| Defendant. | § § | |

## ORDER

On this date came for consideration the United States of America's ("USA") Motion for

Finding of Actual Notice of Summons and For Issuance of New Summons to Appear Before the

Court as to Defendant CAPSULCN INTERNATIONAL CO., LTD. ("Motion"), ECF No. 37.

The Court is of the opinion that said Motion should be **GRANTED**.

### I.

### FACTS

Having reviewed the USA's Motion, the evidence submitted to the attached Motion, and

the applicable law, the Court finds the following facts:

a.  Defendant CAPSULCN INTERNATIONAL CO., LTD. (hereinafter "CapsulCN")

was served by a means that gives notice under Federal Rule of Criminal Procedure 4(c)(3)(D)(ii)

with a summons to appear before the United States District Court of the Western District of

Texas to answer the Indictment against it, and an initial appearance and arraignment hearing was

scheduled for September 5, 2025, at 3:30 p.m. in courtroom 512 in the United States Courthouse

located at 525 Magoffin Avenue, El Paso, Texas 79901.

b.  Between May 21, 2025, and September 4, 2025, the Summons to appear at the

September 5, 2025 hearing was served on CapsulCN by direct service at its corporate address in the United Kingdom and via email and FedEx to its retained counsel. The Court notes it was also served on the People's Republic of China per its request.

    c.  On August 25, 2025, an attorney retained to represent Defendant CapsulCN indicated that Defendant would not appear for the initial appearance and arraignment scheduled for September 5, 2025.[1]

## II.

## SECOND SUMMONS TO BE ISSUED AND SERVED TO COUNSEL FOR DEFENDANT

The Court ORDERS that a second summons be issued for Defendant CapsulCN to appear before the Court for initial appearance and arraignment on **Thursday, December 4, 2025, at 2:00 p.m.**

The Court finds that the summons can be served to Defendant through its counsel via email, fax, FedEx, or certified mail.[2] Alternatively, the USA may serve Defendant with the summons via its corporate address in the United Kingdom. Defendant must appear in courtroom 512 in the United States Courthouse located at 525 Magoffin Avenue, El Paso, Texas 79901.

## III.

## CONTEMPT FOR FAILURE TO APPEAR

The Court further notes that should Defendant CapsulCN fail to appear for initial appearance and arraignment, an order may be issued by the appropriate Court to show cause why it should not be held in contempt of court.

---

[1] The Court takes judicial notice that the courthouse did close on that day. However, the purpose of the findings is to show that Defendant did receive notice of the hearing via the means of service used by the USA.

[2] The Court notes that Exhibit 7 specifically indicates the law firm represents Defendant in their Engagement of Counsel letter sent to the USA. *See* ECF No. 37, Ex. 7.

## IV.

## CONCLUSION

It is therefore **ORDERED, ADJUDGED, AND DECREED** that a second summons be issued for Defendant CAPSULCN INTERNATIONAL CO., LTD. to appear before the Court for initial appearance and arraignment on **Thursday, December 4, 2025, at 2:00 p.m.** to be served to Defendant through its counsel via email, fax, FedEx, or certified mail. Defendant must appear in courtroom 512 in the United States Courthouse located at 525 Magoffin Avenue, El Paso, Texas 79901.

Alternatively, the USA may serve Defendant with the summons via its corporate address in the United Kingdom.

SIGNED this 10th day of November, 2025.

**THE HON. LAURA ENRIQUEZ**
**UNITED STATES MAGISTRATE JUDGE**

# EXHIBIT

# 2

**Trundle, Colin W.**

| | |
|---|---|
| **From:** | M████████, L███████████████ |
| **To:** | Trundle, Colin W. |
| **Sent:** | Friday, November 14, 2025 12:09 PM |
| **Subject:** | Read: RE: CapsulCN Correspondence |

Your message

  To: M████████, L███
  Subject: RE: CapsulCN Correspondence
  Sent: Friday, November 14, 2025 11:08:09 AM (UTC-06:00) Central Time (US & Canada)

 was read on Friday, November 14, 2025 11:08:37 AM (UTC-06:00) Central Time (US & Canada).

# EXHIBIT

# 3

MUR3

**FedEx Express** — *Package US Airbill*

FedEx Tracking Number: 8182 9215 5981

Form ID No. 0215

**Sender's Copy**

**1 From** *Please print and press hard.*

Date 11-19-2025

Sender's FedEx Account Number — SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name: Kathy McGlone    Phone ( 915 ) 856-5202

Company: DHS/ICE/HSI-EL PASO

Address: 11541 MONTANA AVE STE H    Dept./Floor/Suite/Room

City: EL PASO    State: TX    ZIP: 79936-1425

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.    OPTIONAL

**3 To**
Recipient's Name: A___ M___    Phone

Company

Address    Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City: New York    State: NY    ZIP: 10111

0141290656

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**Ship it. Track it. Pay for it. All online.**
Go to **fedex.com**.

**4 Express Package Service** *To most locations.*

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☒ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☒ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☒ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry ice, 9, UN 1845 ___ x ___ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.    ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☒ Sender Acct. No. in Section 1 will be billed.    Enter FedEx Acct. No. below.    ☐ Recipient    ☐ Third Party

This air bill can be used only when billing to a FedEx account number. For cash, check, or credit card transactions, please go to a staffed shipping location.

FedEx Acct. No.

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | ___ lbs. | $ ___ .00 |

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 4/22 • Part #163134 • ©1994-2022 FedEx • PRINTED IN U.S.A.

611

# Terms and Conditions Summary

*For the current FedEx Service Guide, which contains the complete Terms and Conditions, go to fedex.com.*

**Definitions** On this Airbill, "we," "our," "us," and "FedEx" refer to Federal Express Corporation, its employees, and agents. "You" and "your" refer to the sender, its employees, and agents.

**Agreement To Terms** By giving us your package to deliver, you agree to all the terms in this Airbill and in the current FedEx Service Guide, which is available at fedex.com or at a FedEx location. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the current FedEx Service Guide and this Airbill, the current FedEx Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility For Packaging And Completing Airbill** You are responsible for adequately packaging your goods and properly filling out this Airbill. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility For Payment** Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition. All shipments originating in the U.S. and paid for with cash, check, debit or credit card must be tendered at a staffed shipping location, and will be charged FedEx Retail Rates.

**Limitations On Our Liability And Liabilities Not Assumed**
- Unless a higher value is declared and paid for, our liability for each package is limited to US$100. You may pay an additional charge for each additional US$100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.
- In any event, we will not be liable for any damage, whether direct, incidental, special, or consequential, in excess of the declared value of a shipment, whether or not FedEx had knowledge that such damages might be incurred, including but not limited to loss of income or profits.

- We won't be liable:
  - for your acts or omissions, including but not limited to improper or insufficient packing, securing, marking, or addressing, or those of the recipient or anyone else with an interest in the package.
  - if you or the recipient violates any of the terms of our Agreement.
  - for loss of or damage to shipments of prohibited items.
  - for loss, damage, or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts of public authorities with actual or apparent authority.

**Declared Value Limits**
- The maximum declared value allowed for a FedEx Envelope or FedEx Pak shipment is US$500.
- For other shipments, the maximum declared value allowed is US$50,000 per package, unless your package contains items of extraordinary value, in which case the maximum declared value allowed is US$1,000 per package.
  - Items of extraordinary value include shipments containing such items as artwork, furs, precious metals, negotiable instruments, and other items listed in the current FedEx Service Guide.
- You may send more than one package on this Airbill and fill in the total declared value for all packages, not to exceed the US$500, US$1,000, or US$50,000 per-package limit described above. (Example: 5 packages can have a total declared value of up to US$250,000.) In that case, our liability is limited to the actual value of the package(s) lost or damaged, but may not exceed the maximum allowable declared value(s) or the total declared value, whichever is less. You are responsible for proving the actual loss or damage.

**Filing A Claim** YOU MUST MAKE ALL CLAIMS IN WRITING or online at fedex.com and notify us of your claim within strict time limits set out in the current FedEx Service Guide.

You may call our Customer Service department at 1.800.GoFedEx 1.800.463.3339 to report a claim; however, you must still file a timely written claim. We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

**Right To Inspect** We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right Of Rejection** We reserve the right to reject a shipment when such shipment would be likely to cause delay or damage to other shipments, equipment, or personnel; or if the shipment is prohibited by law; or if the shipment would violate any terms of our Airbill or the current FedEx Service Guide.

**C.O.D. Services** ¹ C.O.D. SERVICE IS NOT AVAILABLE WITH THIS AIRBILL. If C.O.D. Service is required, please use a FedEx C.O.D. Airbill.

**Air Transportation Tax Included** A federal excise tax when required by the Internal Revenue Code on the air transportation portion of this service, if any, is paid by us.

**Money-Back Guarantee** In the event of untimely delivery, FedEx will, at your request and with some limitations, refund or credit all transportation charges. See the current FedEx Service Guide for more information.


Dear Customer,

The following is the proof-of-delivery for tracking number: 818292155981

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | G.F | Delivery Location: | |
| Service type: | FedEx First Overnight | | |
| Special Handling: | Deliver Weekday;<br>Direct Signature Required | | NEW YORK, NY, |
| | | Delivery date: | Nov 20, 2025 08:19 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 818292155981 | Ship Date: | Nov 19, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                                   Shipper:

NEW YORK CITY, NY, US,                          EL PASO, TX, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

# EXHIBIT

# 4

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME   : 11/19/2025 17:41
                                    NAME   :
                                    FAX    :
                                    TEL    :
                                    SER.#  : U63274K6J353198
```

```
DATE,TIME                                    11/19  17:36
FAX NO./NAME
DURATION                                     00:04:45
PAGE(S)                                      12
RESULT                                       OK
CHECK READABILITY OF TRANSMITTED PAGE(S)     09
MODE                                         STANDARD
```

*Homeland Security Investigations*
*Special Agent in Charge El Paso*

**U.S. Department of Homeland Security**
**11541 Montana Ave., Suite El Paso,**
**Texas 79936**



Homeland
Security
Investigations

Facsimile Transmission

Date: November 19, 2025

To:  A█ M█

From:  Kathy McGlone                              915-443-4415

**SUBJECT:  CapsulCN Court Summons**

# EXHIBIT

# 5

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 11/19/2025 17:31
                                        NAME  :
                                        FAX   :
                                        TEL   :
                                        SER.# : U63274K6J353198
```

```
DATE,TIME                              11/19  17:27
FAX NO./NAME
DURATION                               00:04:42
PAGE(S)                                12
RESULT                                 OK
CHECK READABILITY OF TRANSMITTED PAGE(S) 02,07
MODE                                   STANDARD
```

*Homeland Security Investigations*
*Special Agent in Charge El Paso*

**U.S. Department of Homeland Security**
11541 Montana Ave., Suite El Paso,
Texas 79936



Homeland
Security
Investigations

Facsimile Transmission

Date: November 19, 2025

To: J▇▇▇▇▇. S▇▇

From: Kathy McGlone

915-443-4415

**SUBJECT:  CapsulCN Court Summons**

# EXHIBIT

# 6

# Commercial Invoice

This invoice must be completed in English.                                              Page __1__ of __1__

| EXPORTER: | Ship Date: |
|---|---|
| Tax ID#: | 13 Nov, 2025 |
| Contact Name: DHS/ICE/HSI-EL PASO | Air Waybill No. / Tracking No.: |
| Telephone No.: (915) 856-5202 | 395310071880 |
| E-Mail: | Invoice No.:                          Purchase Order No.: |
| Company Name/Address: | |
| DHS/ICE/HSI-EL PASO | Payment Terms:                    Bill of Lading: |
| 11541 MONTANA AVE STE H | |
| | Purpose of Shipment: |
| EL PASO TX 79936 | NOT_SOLD |
| Country/Territory: UNITED STATES OF AMERICA | |

Parties to Transaction:  ☐ Related    ☒ Non-Related

| CONSIGNEE: | SOLD TO / IMPORTER (if different from Consignee): |
|---|---|
| Tax ID#: | ☒ Same as CONSIGNEE |
| Contact Name: XIAOCHUAN PAN/ZHANGYE CHEN | |
| Telephone No.: 8615967727111 | Tax ID#: |
| E-Mail: | |
| Company Name/Address: | Company Name/Address: |
| CAPSULCN INTERNATIONAL CO LTD | |
| 37 CROYDON ROAD | |
| | |
| Birmingham  B34AB | |
| Country/Territory: UNITED KINGDOM | Country/Territory: UNITED KINGDOM |

If there is a designated broker for this shipment, please provide contact information.

Name of Broker _____ Tel. No. _____ Contact Name _____

Duties and Taxes Payable by  ☐ Exporter  ☐ Consignee  ☒ Other   If Other, please specify  Bill 3rd Party

| No. of Packages | No. of Units | Net Weight (LBS / KGS) | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/ Terr. of MFR | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1.00 | 1.00 | Pieces | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERSONAL, INTER-OFFICE, AND BUSINESS DOCUMENTS. FOR BANKING DOCUMENTS, PLEASE SEE CHECKS/CHEQUES; MONEY ORDERS; CREDIT OR DEBIT CARD APPLICATIONS; OR LETTERS OF CREDIT (DOCUMENT PACKET ONLY, NOT FOR PREPARATION OR PRESENTATION TO BANK). | | US | 1.000000 | 1.00 |

| Total Pkgs | Total Units | Total Net Weight (Indicate LBS/KGS) | Total Gross Weight (Indicate LBS/KGS) | Terms of Sale: FCA | | |
|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 LB | 1.00 LB | | Subtotal: | 1.00 |
| | | | | | Insurance: | 0.00 |

Special Instructions:

| | |
|---|---|
| | Freight: 0.00 |
| | Packing: 0.00 |

Declaration Statement(s):
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| | |
|---|---|
| | Handling: 0.00 |
| | Other: 0.00 |

I declare that all the information contained in this invoice to be true and correct.

| | |
|---|---|
| | Invoice Total: 1.00 |

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:
DHS/ICE/HSI-EL PASO

| | |
|---|---|
| | Currency Code: USD |

Signature / Title / Date:   *SA Kathy McGlone*                                    13 Nov, 2025

REV. 08-23-22


Dear Customer,

The following is the proof-of-delivery for tracking number: 395310071880

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx International Priority Express | | |
| Special Handling: | Deliver Weekday | | BIRMINGHAM, WM, |
| | | Delivery date: | Nov 19, 2025 10:54 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 395310071880 | Ship Date: | Nov 13, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

| | |
|---|---|
| Recipient: | Shipper: |
| BIRMINGHAM, WM, GB, | EL PASO, TX, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT

# 7



Register | Log in | Wishlist (0) | $ ⌄ | English ⌄

Shopping cart (0)

Search store 🔍

| Home | Gelatin capsules | Vegetarian capsules | Enteric capsules | Capsule filler | Resource | Contact | iPharMachine |

# Contact Us

We're happy to answer your questions, you can contact us in the following ways:

✉ Email Adress
ipharmachine@126.com

☎ Cell Phone
+86 188-5881-8025

☎ WhatsApp
WhatsApp

## Develop Your business with us

**Your name** *
Enter your name.

**Your email** *
Enter your email address.

**Enquiry** *
Enter your enquiry.



I'm not a robot
reCAPTCHA
Privacy - Terms

Submit



# Find Us

To better serve our customers, we have offices or local agents around the world. If you are interested in becoming an agent, please fill out Distributor Request.

### Main Office

ipharmachine@126.com

+86 188-5881-8025

Rm.1888 Bld 2nd Zhongrun Square, Ruian, Zhejiang, China

👋 Hi!Welcome to our website! Please leave us your message with your contact email/phone number, and we will get back to you ASAP.
Send inquiry to ipharmachine@126.com

Cookies help us deliver our services. By using our services, you agree to our

OK

I have a question

Tell me more

Online

# EXHIBIT

# 8

# Commercial Invoice

This invoice must be completed in English.

Page ___1___ of ___1___

| EXPORTER: | Ship Date: 13 Nov, 2025 |
|---|---|
| Tax ID#: | Air Waybill No. / Tracking No.: 395309879960 |
| Contact Name: DHS/ICE/HSI-EL PASO | Invoice No.:          Purchase Order No.: |
| Telephone No.: (915) 856-5202 | |
| E-Mail: | |
| Company Name/Address: DHS/ICE/HSI-EL PASO 11541 MONTANA AVE STE H | Payment Terms:          Bill of Lading: |
| EL PASO TX 79936 | Purpose of Shipment: NOT_SOLD |
| Country/Territory: UNITED STATES OF AMERICA | |
| Parties to Transaction: [ ] Related   [X] Non-Related | |

| CONSIGNEE: | SOLD TO / IMPORTER (if different from Consignee): |
|---|---|
| Tax ID#: | [X] Same as CONSIGNEE |
| Contact Name: XIOACHUAN PAN | |
| Telephone No.: 8615967727111 | Tax ID#: |
| E-Mail: | |
| Company Name/Address: CAPSULCN INTERNATIONAL CO LTD RM 1888 BLD 2ND ZHONGRUN SQUARE | Company Name/Address: |
| Ruian 325200 | |
| Country/Territory: CHINA | Country/Territory: CHINA |

If there is a designated broker for this shipment, please provide contact information.

Name of Broker _____ Tel. No. _____ Contact Name _____

Duties and Taxes Payable by [ ] Exporter [ ] Consignee [X] Other    If Other, please specify  Bill 3rd Party

| No. of Packages | No. of Units | Net Weight (LBS / KGS) | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/ Terr. of MFR | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1.00 | 1.00 | Pieces | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERSONAL, INTER-OFFICE, AND BUSINESS DOCUMENTS. FOR BANKING DOCUMENTS, PLEASE SEE CHECKS/CHEQUES; MONEY ORDERS; CREDIT OR DEBIT CARD APPLICATIONS; OR LETTERS OF CREDIT (DOCUMENT PACKET ONLY, NOT FOR PREPARATION OR PRESENTATION TO BANK). | | US | 1.000000 | 1.00 |

| Total Pkgs | Total Units | Total Net Weight | (Indicate LBS/KGS) | Total Gross Weight | (Indicate LBS/KGS) | Terms of Sale: FCA | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 LB | | 1.00 LB | | | Subtotal: | 1.00 |
| | | | | | | | Insurance: | 0.00 |

Special Instructions:

| | |
|---|---|
| | Freight: 0.00 |
| | Packing: 0.00 |

Declaration Statement(s):

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| | |
|---|---|
| Handling: | 0.00 |
| Other: | 0.00 |

I declare that all the information contained in this invoice to be true and correct.          Invoice Total: 1.00

| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: DHS/ICE/HSI-EL PASO | Currency Code: USD |
|---|---|

Signature / Title / Date:  _SA_  _Kathy McKlOne_          13 Nov, 2025

REV. 08-23-22

Dear Customer,

The following is the proof-of-delivery for tracking number: 395309879960

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | QIANSHOU | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | RUI'AN, |
| | | Delivery date: | Nov 18, 2025 16:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 395309879960 | Ship Date: | Nov 13, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:                                         Shipper:

RUI'AN, CN,                                       EL PASO, TX, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx